IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

HEATHER REYES,

       Appellant,

 v.

STATE OF FLORIDA,

       Appellee.

Case No.  5D22-271
LT Case No. 2018-CF-3042

_____/

Decision filed June 27, 2023

Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

Michael Ufferman, of Michael Ufferman Law Firm, PA, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS and BOATWRIGHT, JJ., concur.